IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOCATION SERVICES IP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 2:15-cv-00438<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AND MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Location Services IP, LLC, respectfully submits this notice of voluntary dismissal with prejudice of all claims against Defendant, Microsoft Corporation. Plaintiff, Location Services IP, LLC, also respectfully moves to dismiss with prejudice all claims against Defendant, Microsoft Corporation with all attorney's fees, costs of court and expenses borne by the party incurring same.

Date: June 8, 2015

Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Stephen F. Schlather, Esq.
Texas Bar No. 24007993
Shea Palavan, Esq.
Texas Bar No. 24083636
**COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC**
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: jedmonds@cepiplaw.com
       sschlather@cepiplaw.com
       spalavan@cepiplaw.com

*Attorneys for Plaintiff*
*Location Services IP, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Date: June 8, 2015          /s/ *John J. Edmonds*
                John J. Edmonds