IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOCATION SERVICES IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 2:15-cv-00438<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Motion to Dismiss with Prejudice (Dkt. No. 11). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against Microsoft Corporation are hereby DISMISSED with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring same.

**So ORDERED and SIGNED this 9th day of June, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE